Douglas W. Marshall
MARSHALL LAW OFFICES MONTANA
11940 Gooch Hill Road
Gallatin Gateway, MT 59730
Telephone: (406) 539-3847
E-Mail: DWM1860@msn.com

RECEIVED

NOV 0 8 2021

Clerk, U S District Court
District Of Montana
Butte, Montana

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| SALLIE ANN WRIGHT, | ) | Cause No. CV-21-89-BU-BMM-JTJ |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| SEAN GROTH and BRETT McMillain, | ) | |
| Defendants. | ) | |

For her complaint against Defendants, Plaintiff, Sallie Ann Wright, alleges as follows:

1. Plaintiff is a citizen and citizen and resident of Gallatin County, Montana and is a member of two or more protected classes under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

2. Defendant Sean Groth is a citizen and resident of Gallatin County, Montana and, at all times pertinent hereto was a person acting under the color of the State laws of the State of Montana.

3. Defendant Brett McMillain is a citizen and resident of Gallatin County, Montana and, at all times pertinent hereto was a person acting under the color of the State laws of the State of Montana.

4. Jurisdiction in the United States District Court is proper pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 1983.

5. Venue is proper in the Butte Division of this Court because the wrongful acts complained of occurred in Gallatin County, Montana.

6. On or about April 25, 2021, Plaintiff Sallie Ann Wright and Defendant Sean Groth entered into a one year residential landlord tenant agreement wherein Plaintiff agreed to lease the premises located at 35 Locomotive Loop, Bozeman, Montana 59718. Plaintiff paid a $2,500 security deposit upon signing of the lease on April 25 and next paid the first month's pro-rated rate on June 7, 2021 when she took possession of the property. She has made all payments called for under the lease since that time.

7. Sometime after entering into this agreement, Defendant Sean Groth and his romantic partner Brett McMillain began to experience business and personal problems.

8. As a result of this problem, Defendant Brett McMillain decided that the couple needed to sell the premises at 35 Locomotive Loop, although the property had already been leased to Plaintiff until June 7, of 2022.

9.  In order to justify eviction of Ms. Wright, McMillain concocted a variety of alleged "breaches" to the lease agreement in an attempt to frighten Ms. Wright into leaving the premises voluntarily.

10. The true reasons for Ms. McMillain's desire to evict Ms. Wright was a belief that the property could be sold in a post-COVID 19 real estate market for upwards of $500,000, which substantially more than either Groth or McMillain had invested in the property.

11. In fact, after, providing Plaintiff with a "notice of eviction," Defendants offered to "let" Ms. Wright purchase the property at 35 Locomotive Loop for $515,000.00. On information and belief, this offer may constitute "extortion," or attempted extortion prohibited by one or more federal statutes.

12. In attempting to justify eviction of Plaintiff, Defendants used Plaintiff's age, sex, mental and marital status against her, all, in violation of 42 U.S.C. § 1983 and in violation of her rights under the Fourteenth Amendment to the United States Constitution, in addition to constituting a "bad faith" breach of the April 25, 2021 lease agreement.

13. As a result of Defendants' bad faith breach of contract, tortious interference with contract and deliberate indifference to Plaintiff's constitutional rights to due process of law equal protection of the law, Plaintiff has suffered

damages, including serious emotional distress, loss of enjoyment of life, has incurred attorneys fees and has sustained permanent personal injuries as a result of extreme emotional distress.

14. Further, Defendants have repeatedly breached the covenant of quiet enjoyment of the leasehold premises and have committed numerous unauthorized trespasses to the premises.

15. On information and belief, Defendants have slandered Ms. Wright to her neighbors, the Railway Lofts Homeowners Association and the Iron Horse Property Management Company used by the parties' HOA.

16. Lastly, because of Plaintiff's age and the current housing situation in Gallatin County, Plaintiff will be irreparably harmed unless Defendants are permanently enjoined from committing further contract and constitutional violations for the duration of the lease between Ms. Wright and Mr. Groth.

## Prayer for Relief

For the foregoing reasons, Plaintiff prays for judgment, as follows:

1) for a permanent restraining order prohibiting Defendants from contacting, harrassing, entering upon or otherwise interfering with Plaintiff or her leasehold premises at 35 Locomotive Loop, Bozeman, Montana without prior approval of this Court;

4

2)     for general damages in an amount to be proved at trial;

3)     for special damiages in an amount to be proved at trial;

4)     for punitive damages in an amount to be proved at trial;

5)     for costs and attorneys fees; and

6)     for such other and further relief as deemed just and proper by the Court.

Plaintiff respectfully demands a jury trial with regard to all disputed issues of fact in this case.

Dated this 8th day of November, 2021.

_____
Marshall Law Offices Montana
Douglas W. Marshall

Attorney for Plaintiff

5