IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SALLIE ANN WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN GROTH and BRETT McMILLAIN,<br><br>Defendants. | CV-21-89-BU-BMM<br><br>**ORDER** |

IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to comply with this Court's Order (Doc. 3). The Clerk of Court will close this case.

DATED this 16th day of June, 2022.

_____
Brian Morris
United States District Court Judge

-1-